JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BEAANN AVILA, | No. CV 20-6022-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded to defendant for further proceedings consistent with the Memorandum Opinion.

DATED: December 9, 2022

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE